# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

131232

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LISA MARIE HAVENS,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131232
COA: 268323
Macomb CC: 2002-000375-FH

_____/

On order of the Court, the application for leave to appeal the March 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

_____
Clerk

t0920